KATHERINE HART #76715
Attorney at Law
2055 San Joaquin
Fresno, Ca. 93721
Telephone: (559) 256-9800
Facsimile:  (559) 256-9798

Attorney for Defendant
SANTIAGO AVALOS

# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SANTIAGO AVALOS,<br><br>Defendant. | CR-F-08  00358 AWI<br><br>STIPULATION TO RESET SENTENCING DATE AND ORDER<br>Date: September 8, 2009<br>Time: 9:00 a.m |

It is hereby stipulated between counsel for the government and counsel for defendant that additional time is needed to prepare for sentencing as the Safety Valve interview has not yet been conducted; counsel therefore request that the sentencing date be re-set from from August 3, 2009 to September 8, 2009.

DATE: July 30, 2009        /s/Katherine Hart
                           KATHERINE HART, Attorney for
                           Defendant SANTIAGO AVALOS

DATE: July 30, 2009        /s/ Laurel Montoya
                           LAUREL MONTOYA, Assistant United
                           States Attorney

1

ORDER

Good cause appearing, it is hereby ordered that the sentencing hearing previously set for August 3, 2009 be scheduled for September 8, 2009 at 9:00 a.m.

IT IS SO ORDERED.

Dated:   July 30, 2009            /s/ Anthony W. Ishii
                                  CHIEF UNITED STATES DISTRICT JUDGE