KATHERINE HART #76715
Attorney at Law
2055 San Joaquin
Fresno, Ca. 93721
Telephone: (559) 256-9800
Facsimile:  (559) 256-9798

Attorney for Defendant
SANTIAGO AVALOS

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR-F-08  00358 AWI |
| Plaintiff, ) | STIPULATION TO RESET SENTENCING DATE AND ORDER |
| ) | |
| v. ) | Proposed date: October 5, 2009 Time: 9:00 a.m Previous date: September 8, 2009 |
| SANTIAGO AVALOS, ) | |
| Defendant. ) | |

It is hereby stipulated between counsel for the government and counsel for defendant that additional time is needed to prepare for sentencing as the Safety Valve interview has not yet been conducted, the codefendants' trial is set for September 22, 2009, and counsel for both sides request that sentencing take place after the codefendants' trial.

DATE: August 27, 2009              /s/Katherine Hart
                                   KATHERINE HART, Attorney for
                                   Defendant SANTIAGO AVALOS

1

DATE: August 27, 2009                    /s/ Laurel Montoya
                                         LAUREL MONTOYA, Assistant United
                                         States Attorney

## ORDER

Good cause appearing, it is hereby ordered that the sentencing hearing previously set for September 8, 2009 at 9:00 a.m. be re-scheduled for October 5, 2009 at 9:00 a.m.

IT IS SO ORDERED.

**Dated:   August 28, 2009**                    /s/ Anthony W. Ishii
                                                CHIEF UNITED STATES DISTRICT JUDGE