KATHERINE HART #76715
Attorney at Law
2055 San Joaquin
Fresno, Ca. 93721
Telephone: (559) 256-9800
Facsimile:  (559) 256-9798

Attorney for Defendant
SANTIAGO AVALOS

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR-F-08  00358 AWI |
| Plaintiff, | STIPULATION TO WITHDRAW PREVIOUSLY ENTERED PLEA AND ENTER NEW PLEA WITH DIFFERENT GUIDELINES APPLICATION; ORDER |
| v. | |
| SANTIAGO AVALOS, | Date: October 5, 2099 |
| Defendant. | Time: 9:00 a.m. |
| | Dept.: AWI |

IT IS STIPULATED BY AND BETWEEN COUNSEL FOR THE DEFENDANT AND COUNSEL FOR THE GOVERNMENT AS FOLLOWS:

1. That  the change of plea previously entered on May 26, 2009 be withdrawn and a new and different plea be entered based on the fact that the government has offered to codefendants similarly situated a more favorable guidelines plea;

2. That because defendant AVALOS is similarly situated to other codefendants, in the interests of justice the same plea offer should be offered to avoid disparate sentencing;

1

3.   That the date set for sentencing–October 5, 2009–be set for the withdrawal of the previously entered plea.  A change of plea to the new plea agreement will be entered, and a new sentencing date will be proposed.


DATE: September 30, 2009          /s/Katherine Hart
                                  KATHERINE HART, Attorney for
                                  Defendant SANTIAGO AVALOS

DATE: September 30, 2009          /s/ Laurel Montoya
                                  LAUREL MONTOYA, Assistant United
                                  States Attorney


ORDER (after October 5, 2009 court appearance)

Good cause appearing, it is hereby ordered that the plea previously entered on May 26, 2009 be allowed to be withdrawn on defendant's next court appearance date scheduled for October 5, 2009, and defendant be allowed to enter a new and different plea consistent with plea agreements offered to similarly situated co-defendants.

IT IS SO ORDERED.

**Dated:   September 30, 2009**          /s/ Anthony W. Ishii
                                         CHIEF UNITED STATES DISTRICT JUDGE

2