KATHERINE HART #76715
Attorney at Law
2055 San Joaquin
Fresno, Ca. 93721
Telephone: (559) 256-9800
Facsimile:  (559) 256-9798

Attorney for Defendant
SANTIAGO AVALOS

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR-F-08  00358 AWI |
| Plaintiff, ) | STIPULATION TO ADVANCE SENTENCING FROM 11/30/09 TO 11/09/09; |
| v. ) | ORDER |
| SANTIAGO AVALOS, ) | Date Requested: 11/09/09 |
| Defendant. ) | Time: 9:00 a.m. Dept.: AWI |

IT IS STIPULATED BY AND BETWEEN COUNSEL FOR THE DEFENDANT AND COUNSEL FOR THE GOVERNMENT AS FOLLOWS:

1. That the Presentence Report under the new plea has been received by both counsel, with a recommendation for 12 months, which client has already served;

2. That there are no objections to the recommendation of the Presentence Report;

3. That counsel agree to advance the sentencing hearing from November 30, 2009 to November 9, 2009, with the court's permission;

4, That counsel Katherine Hart originally set the date of November 30, 2009 because her calendar required a four-week trial in Merced, California; but that case has now been continued to February 23, 2010;

5. Therefore counsel request the court order the sentencing in the above-entitled case for November 9, 2009 at 9:00 a.m.

DATE: October 29, 2009          /s/Katherine Hart
                                KATHERINE HART, Attorney for
                                Defendant SANTIAGO AVALOS

DATE: October 29, 2009          /s/ Laurel Montoya
                                LAUREL MONTOYA, Assistant United
                                States Attorney

## ORDER

Good cause appearing, it is hereby ordered that the sentencing hearing previously scheduled for November 30, 2009 at 9:00 a.m. be advanced to November 9, 2009 at 9:00 a.m.

IT IS SO ORDERED.

**Dated:   October 29, 2009**          **/s/ Anthony W. Ishii**
                                CHIEF UNITED STATES DISTRICT JUDGE