

FILED

NOV 9 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
　　　　　　DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiffs, ) | No. CR-08-358-AWI |
| vs. ) | ORDER OF RELEASE |
| SANTIAGO AVALOS, ) | |
| Defendant. ) | |

　　　The above named defendant having been sentenced on NOVEMBER 9, 2009 TO 12 MONTHS (Time Served),

　　　IT IS HEREBY ORDERED that the defendant shall be released forthwith. A certified Judgment and Commitment order to follow.

DATED: 11-9-09

_____
ANTHONY W. ISHII
U.S. District Judge

9/26/96 exonbnd.frm

1